1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

FRANK PABST, an individual, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

GENESCO, INC., a Tennessee corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. C 11-01592 (SI)

**STIPULATED [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

[Civ. L.R. 3-12, 7-11]

Ctrm:        10, 19th Floor
Judge:       Hon. Susan Illston

Complaint Filed:   March 4, 2011
Trial Date:        Not Set

On October 18, 2011, plaintiff Frank Pabst ("Plaintiff" or "Pabst") and defendant Genesco, Inc. ("Genesco," and jointly with Plaintiff, "the Parties") filed a stipulated administrative motion to consider whether the following cases should be related pursuant to Civil Local Rules 3-12 and 7-11:

1.      *Pabst v. Genesco, Inc.*, U.S. District Court in and for the Northern District of California, San Francisco Division, Case No. C 11-01592 (SI) (the "*Pabst* Action"); and

2.      *Fraser v. Genesco, Inc.*, U.S. District Court in and for the Northern District of California, Oakland Division, Case No. C 11-04881 (LB) (the "*Fraser* Action," and collectively with the *Pabst* Action, the "Actions").

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. C 11-01592 (SI)

STIPULATED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO  CONSIDER WHETHER CASES SHOULD BE RELATED

DB2/ 22711820.2

1    Having considered the papers submitted in support of the Parties' motion, the Court, for

2    good cause shown, hereby **GRANTS** the motion.

3         **IT IS HEREBY ORDERED THAT** the *Fraser* Action is related to the *Pabst* Action and

4    is re-assigned to this Court.

5         **IT IS SO ORDERED.**

6    Dated:  October __24 2011          By _____

7                                          SUSAN ILLSTON
                                           U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. C 11-01592 (SI)

STIPULATED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO  CONSIDER
WHETHER CASES SHOULD BE RELATED

DB2/ 22711820.2